IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY LEE WHEELER,

    Plaintiff,

v.                                        CASE NO. 5:15-cv-00323-MP-CJK

JULIE JONES, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 21, 2016. (Doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 12. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 11, is adopted and incorporated by reference in this order.

2.     This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) as malicious for abuse of the judicial process.

3.     The clerk is directed to close the file.

**DONE AND ORDERED** this _4th_ day of April, 2016

                                                *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge